United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Robert L. Corbett<br>2350 Phillips Rd., Apt. 4101<br>Tallahassee, FL 32308-5379 | Chapter 13<br><br>Case No. 12-70369-JTL |

## Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $290.44 in unclaimed funds of Robert L. Corbett and , debtor(s).

Last Known Address (Most recent listed left to right):

Robert L. Corbett
2350 Phillips Rd., Apt. 4101
Tallahassee, FL 32308-5379

Dated: 11/16/2016

/s/ A. Kristin Hurst

A. Kristin Hurst. Trustee